UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-61210-CIV-COHN/SELTZER

MARIUS RAMOS, on his own behalf and
Others similarly situated,

    Plaintiff,

vs.

MIRAMAR FOOD & CAR WASH ENTERPRISES,
LLC, a Florida Limited Liability Company,
and STEPHEN THOMAS, individually,

    Defendants.
_____/

## **FINAL DEFAULT JUDGMENT**

THIS CAUSE is before the Court upon failure of Defendants to attend Calendar Call [DE 38] or to otherwise oppose Plaintiff's Affidavits [DE's 39 and 40] in support of a default judgment.  The Court has carefully considered the entire record and is otherwise fully advised in the premises.

On May 13, 2009, this Court granted Plaintiff's motion for entry of default as to Defendant Miramar Food & Car Enterprises, LLC, and reset the trial in this case as to individual defendant Stephen Thomas for the two week period commencing August 31, 2009, with a Calendar Call on August 27, 2009.  The Court held the Calendar Call as scheduled, but Defendant Stephen Thomas did not attend, nor did he file any motions to continue.  The Court orally entered a default and directed Plaintiff to submit affidavits for a sum certain judgment.  Plaintiff filed those affidavits on August 28 and August 31, 2009.  Although the Court is not required to wait for Defendant to respond, given his failure to attend Calendar Call, twelve business days have now passed since the affidavits were mailed to Defendant's last known address.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff, Marius Ramos, and against Defendants Miramar Food & Car Enterprises, LLC and Stephen Thomas, jointly and severally, upon the Plaintiff's complaint and affidavits;

3. Plaintiff shall recover from the Defendants the sum of $32,226.25, consisting of $11,375 in unpaid overtime wages, $11,375 in liquidated damages under the Fair Labor Standards Act, plus the amount of $8,576.25 in attorney's fees and $900 in taxable costs.

4. This judgment of $32,226.25 shall bear interest at the rate of 0.40% per annum from the date of this Final Judgment, for which let execution issue;

5. The Clerk shall close this case any deny any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 17th day of September, 2009.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:

Keith M. Stern, Esq.

Stephen Thomas, pro se
12817 NW 20th Street
Pembroke Pines, FL 33028

Miramar Food & Car Wash Enterprises
c/o  Stephen Thomas
12817 NW 20th Street
Pembroke Pines, FL 33028